**SEDGWICK LLP**
RALPH A. CAMPILLO (BAR NO. 70376)
Email:  ralph.campillo@sedgwicklaw.com
WENDY A. TUCKER (BAR NO. 121122)
Email:  wendy.tucker@sedgwicklaw.com
MICHAEL M. WALSH (BAR NO. 150865)
Email:  michael.walsh@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:    213.426.6900
Facsimile:    213.426.6921

Attorneys for Defendant
THOMAS P. SCHMALZRIED, M.D.,
A Professional Corporation,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| ANTHONY HALL,<br><br>          Plaintiff(s),<br><br>     v.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>          Defendants. | CASE NO.  3:12-cv-00267-NC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Complaint served: November 30, 2011<br>Removal Date: January 18, 2012<br>Current Response Date: January 25, 2012<br>Agreed Response Date: February 24, 2012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Thomas P. Schmalzried, M.D., a Professional Corporation ("Defendant") hereby requests, and Plaintiff Anthony Hall ("Plaintiff") hereby agrees to Defendant's request, for an extension of time for Defendant to file a response to Plaintiff's Complaint.  Plaintiff's Complaint was filed on November 30, 2011, Defendant was served on or about December 22, 2011, and the case was removed on January 18, 2012.

1  THE PARTIES HAVE AGREED AND HEREBY STIPULATE to extend the time for
2  Defendant to respond to February 24, 2012.

4  DATED: January 20, 2012                SEDGWICK LLP

6                                          By:_____/s/ Michael M. Walsh_____
7                                              Ralph Campillo
                                                Wendy Tucker
8                                               Michael M. Walsh
                                                Attorneys for Defendant
9                                               THOMAS P. SCHMALZRIED, M.D., a
                                                Professional Corporation

12 DATED: January 20, 2012                LEVINE SIMES KAISER & GRONICK LLP

14                                         By:_____/s/ David Markevitch_____
15                                             Lawrence J. Gornick
                                               David Markevitch
16                                             Ariel K. Salzer
                                               Attorney for Plaintiff
17                                             ANTHONY HALL

19 DATED: January 25, 2012

**IT IS SO ORDERED**
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
LA/1130182v1