IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HALL,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. C 12-267 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO STAY** |

    Before the Court is a Stipulation to Stay All Proceedings in the above-titled action, "pending its likely transfer" as part of an MDL proceeding pending in the Northern District of Texas. The stipulation, however, is signed only by counsel for plaintiff and counsel for one of the two named defendants.

    Accordingly, the stipulation is hereby DENIED without prejudice.

    **IT IS SO ORDERED.**

Dated: January 25, 2012

                                           MAXINE M. CHESNEY
                                           United States District Judge